IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
_____

DOUGLAS L. SMITH and JANET BONAFEDE-SMITH, husband and wife,

    Plaintiffs,

v.              No. CIV 98-558 BB/WWD

AMERICAN HOME PRODUCTS CORPORATION; WHITEHALL-ROBINS LABORATORIES, a Division of American Home Products; PERRIGO COMPANY; PHARMACEUTICAL FORMULATIONS, INC., WAL-MART; WALGREENS; and PRICE CLUB/COSTCO WHOLESALE,

    Defendants.

## MEMORANDUM OPINION AND ORDER DENYING RECONSIDERATION

  THIS MATTER comes before the Court on Plaintiffs' motion seeking reconsideration of this Court's April 19, 2000, order, and the Court having considered the briefs together with the attachments submitted by counsel, FINDS the motion should be Denied.

## *Discussion*

Plaintiffs seek to amend their complaint to again assert a claim sounding in strict liability based on Defendants' alleged failure to adequately inform the United States Food and Drug Administration of the renal effects of ibuprofen. This Court has previously held this is not an appropriate strict liability theory, but permitted Plaintiffs to assert this claim under negligence, negligence per se, and intentional misrepresentation. Moreover, while Plaintiffs' legal precedent might have been persuasive on the summary judgment issues decided last year, this case is now three weeks from jury selection. Discovery has closed, witnesses are scheduled, even subpoenaed. It is too late to amend the complaint. *Las Vegas Ice & Cold Storage Co. v. Far West Bank*, 893 F.2d 1182 (10th Cir. 1990); *Anheuser-Busch, Inc. v. John Labatt, Ltd.*, 89 F.3d 1339 (8th Cir. 1996), *cert. denied*, 519 U.S. 1109 (1997).

## **O R D E R**

For the above stated reasons, Plaintiffs' motion for reconsideration is DENIED.

**Dated at Albuquerque this 12th day of June, 2000.**

                                                                    *[signature: Bruce D. Black]*
                                                                    **BRUCE D. BLACK**
                                                                    **United States District Judge**


**Counsel for Plaintiffs:**

   Suzanne E. Kinney, Susan M. Hapka, Barlow & Kinney, Albuquerque, NM

**Counsel for Defendants:**

   Charles A. Pharris, Kathleen M. Regan, Keleher & McLeod, Albuquerque, NM
   Martha Brown, Modrall Sperling Roehl Harris & Sisk, Albuquerque, NM
   Tracy Jenks, Rodey Dickason Sloan Akin & Robb, Albuquerque, NM